UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUN 19 2007
J. T. NOBLIN, CLERK
BY_____DEPUTY

ZURICH AMERICAN INSURANCE COMPANY     PLAINTIFF

VS.     CIVIL ACTION NO. 4:07cv00077-HTW-LRA

W. G. YATES & SONS CONSTRUCTION CO., ET AL.     DEFENDANTS

### ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). Due to familial relationship with Defendant W. G. Yates & Sons Construction Co., it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersign recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 19th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

dockets.Justia.com